IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK R. GARNER                                                                          PETITIONER

v.                                     NO. 5:10CV00173 SWW

RAY HOBBS, Interim Director of the                                              RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The petition for writ of habeas corpus filed by petitioner Frank R. Garner is dismissed.  All requested relief is denied, and judgment will be entered for respondent Ray Hobbs.

IT IS SO ORDERED this 4th day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE