IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FRANK R. GARNER                                                PETITIONER

v.                          NO. 5:10CV00173 SWW

RAY HOBBS, Interim Director of the                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Ray Hobbs.  The petition for writ of habeas corpus filed by petitioner Frank R. Garner is dismissed, and all requested relief is denied.

IT IS SO ORDERED this 4th day of November, 2010.

                                                              /s/Susan Webber Wright

                                                              UNITED STATES DISTRICT JUDGE